IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00711-BNB

```
                                    FILED
                          UNITED STATES DISTRICT COURT
                               DENVER, COLORADO

                                 APR 29 2011

                              GREGORY C. LANGHAM
                                              CLERK
```

DORIAN CHARLES,

    Plaintiff,

v.

JOHN L. DAVIS, Warden, Buena Vista Correctional Facility,
WILLIAM BRUNELL, Associate Warden, Buena Vista Correctional Facility,
JASON LENGERICH, Major, Buena Vista Correctional Facility,
ROGER LYONS, PhD and Mental Health Provider, Buena Vista Correctional Facility,
G. SMITH, Mental Health Provider, Buena Vista Correctional Facility,
C. ROBINSON, Captain and Programs Manager, Buena Vista Correctional Facility,
SIMON DENWALT, Case Management Supervisor, Buena Vista Correctional Facility,
R. GRIGGS, Mailroom Supervisor, Buena Vista Correctional Facility,
JAMES MICHAUD, M.D., Director of Mental Health Services, Colorado Department of
    Corrections,
DAVID STEPHENS, M.D., Director of Behavioral Health, Colorado Department of
    Corrections,
GEORGE DUNBAR, Former Warden, Buena Vista Correctional Facility,
TERRI BARTRUFF, Former Associate Warden, Buena Vista Correctional Facility,
    Individually and in Their Official Capacities, and Each of Their Supervisors,
    Designees, and Contractors, and
ALL NAMED AND UNNAMED INDIVIDUALS that directly participated in the wrongs
    claimed in this action, knew about the wrongs but did nothing to stop it, and
    failed to oversee, supervise, or train those responsible, as well as each of their
    officers, agents, and successors,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915
AND AMENDED COMPLAINT

---

At the time Plaintiff, Dorian Charles, initiated the instant action he was in the custody of the Colorado Department of Corrections (DOC) and was incarcerated at the Buena Vista Correctional Facility. Mr. Charles was granted leave to proceed *in forma*

*pauperis* pursuant to 28 U.S.C. § 1915 on March 30, 2011. On April 12, 2011, Mr. Charles paid an initial partial filing fee.

On April 15, 2011, the Court directed Mr. Charles to file an Amended Complaint within thirty days. On April 19, 2011, Mr. Charles submitted to the Court a notice of change of address in which he appeared to indicate that he had been released from the custody of the DOC. On April 26, 2011, the Order for an Amended Complaint was returned to the Court as undeliverable because it had been mailed to Mr. Charles' DOC address.

If Mr. Charles has been released from the custody of the DOC his continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. **See *Whitney v. New Mexico*,** 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); **see also *McGore v. Wrigglesworth*,** 114 F.3d 601, 612-13 (6th Cir. 1997); ***In re Prison Litigation Reform Act*,** 105 F.3d 1131, 1138-39 (6th Cir. 1997); ***McGann v. Commissioner, Soc. Sec. Admin.*,** 96 F.3d 28, 29-30 (2d Cir. 1996). Therefore, Mr. Charles will be ordered to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Mr. Charles may elect to pay the remaining balance of the $350.00 filing fee to pursue his claims in this action.

Further, the Clerk of the Court will be directed to re-mail the April 15 Order for Amended Complaint to Mr. Charles. Mr. Charles will be provided additional time to file an Amended Complaint, as set forth in that Order. His failure to file an Amended Complaint within the time provided will result in the dismissal of this action without further notice. Accordingly, it is

ORDERED that **within thirty (30) days from the date of this Order** Mr. Charles submit to the Court an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Mr. Charles may elect to pay the remaining balance of the $350.00 filing fee to pursue his claims in this action. It is

FURTHER ORDERED that Mr. Charles file **within thirty (30) days from the date of this order** an amended complaint that complies with the directives in this order, and the directives of the April 15 Order for an Amended Complaint. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Charles, together with a copy of this Order, a copy of the April 15, 2011, Order for Amended Complaint, two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form used by nonprisoners in submitting requests to proceed pursuant to § 1915, and two copies of the Prisoner Complaint form. It is

FURTHER ORDERED that if Mr. Charles fails to comply with the instant Order within thirty days of the date of the Order, the Complaint and action will be dismissed without further notice.

DATED April 29, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00711-BNB

Dorian Charles
1092 S Kittredge Way
Aurora, CO 80017

    I hereby certify that I have mailed a copy of the **ORDER and of the April 15, 2011 Order for Amended Complaint, and two copies of the Prisoner Complaint and of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 forms** to the above-named individuals on April 29, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk